AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>USPS Priority Mail Parcel with label<br>number 9505 5118 6683 9275 4126 43 | Case No.  1:19-mj-348 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Western____ District of ____Michigan____ *(identify the person or describe property to be searched and give its location)*:

USPS Priority Mail Parcel, label number number 9505 5118 6683 9275 4126 43, addressed to "Maria Felix 6540 Motz St, Paramount, Ca 90723.", with a return address listed as "Irene Saldana 3139 Higgins ave sw, Grandville, MI 49418"; further described as weighing approximately 2 pounds 12.20 ounces, bearing $14.35 in postage and fees, postmarked "10/02/19" and being in a USPS Medium Flat Rate Box measuring approximately 12" x 3.5" x 14.125".

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: A QUANTITY OF A CONTROLLED SUBSTANCE, IN VIOLATION OF TITLE 21, U.S.C., SECS. 841(a)(1), 843(b) & 846; OR OTHER ITEMS ASSOCIATED WITH DRUG TRAFFICKING, SUCH AS RECORDS, NOTES AND CORRESPONDENCE, CURRENCY, AND/OR EVIDENCE TENDING TO IDENTIFY THE SOURCE OF THE PACKAGE AND THE INTENDED RECIPIENT

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ____21____ U.S.C. § 841(a)(1); 843(b); 846, and the application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Nicholas Williamson, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/08/2019

*Judge's signature*

City and state: Grand Rapids, Michigan

RAY KENT, U.S. Magistrate Judge
*Printed name and title*