UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE SEARCH OF:

USPS Priority Mail Parcel with label
number 9505 5118 6683 9275 4126 43

No. 1:19-mj-348

_____/

## NOTICE OF APPEARANCE

Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and B. Rene Shekmer, Assistant United States Attorney, enter their appearance as attorneys for the United States of America in the above-captioned case.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Date: October 8, 2019

B. RENE SHEKMER
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan   49501-0208
(616) 456-2404